Eva Pearl, Respondent, v. Max Bieber, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

James D. McLellan, Appellant, v. Harry H. Buxbaum, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and plaintiff's notice for examination reinstated. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Morris Cohen, as Administrator, etc., Respondent, v. Sol Lewine, Appellant, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs, and the motion for preference granted for May 27, 1924. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Julius Frank, Respondent, v. Abraham N. Leventhal, Appellant.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Merchants Loan and Investment Corporation, Respondent, v. William Abramson and Others, Appellants, Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

A. Gordon Murray, Appellant, v. John H. Banks and Others, Respondents, Impleaded with Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Adolphus D. Strauss and Others, Respondents, v. Compagnie Algerienne S. A., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Selmor Estates Corporation, Respondent, v. Land Map Realty Corporation, Appellant, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Selmor Estates Corporation, Respondent, v. Land Map Realty Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Samuel S. Halpern and Another, Appellants, v. Saul Jacobs, Respondent. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

The People of the State of New York, Respondent, v. Clarence F. Garland, Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Thomas J. Drennan, as Fire Commissioner of the City of New York, Respondent, v. Smith Valley Realty Corporation, Appellant.— Application granted. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Isadore Bischoff, Respondent, v. Majestic Shirt Co., Inc., a Domestic Corporation, Appellant.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Simon Klein, Respondent, v. Globe Indemnity Company, Appellant.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.